UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| ALAN DAMPIER | * | CIVIL ACTION |
| --- | --- | --- |
| VERSUS | * | NUMBER |
| ROUSES ENTERPRISES, LLC | * | SECTION:   MAG- |

**COMPLAINT**

**NOW INTO COURT**, through undersigned counsel, comes complainant, Alan Dampier, a person of the full age of majority and resident of McComb, Mississippi, who respectfully shows that the defendant, Rouses Enterprises, LLC, is liable to him for the following, to wit:

I.

Made defendant herein is Rouses Enterprises, LLC, (Rouses) a Louisiana Limited Liability Corporation, with its principal place of business in the State of Louisiana, authorized to do and doing business within this district and subject to the jurisdiction of this Honorable Court.

II.

Jurisdiction is proper in this matter based on 28 U.S.C. §1332, otherwise known as Diversity of Citizenship, and because the amount in controversy is in excess of $75,000.00.

III.

On or about December 26, 2010, complainant, Alan Dampier, was an independent contractor employed by KeHE Distributors, Inc., to perform certain specialized work at the

1

Rouses supermarket #20 located at 1200 Business Highway 190, Covington, in the Parish of St. Tammany, State of Louisiana.

IV.

At all material times herein, Rouses, owned, operated, controlled and/or maintained the store, the workplace and all equipment located at 1200 Business Highway 190, Covington, in the Parish of St. Tammany, State of Louisiana.

V.

On or about December 26, 2010, Alan Dampier was caused to sustain serious and permanent injuries to his mind and body, including but not limited to her neck, shoulder, arms, and back, among others, when piece of machinery known as a baler, failed and/or malfunctioned causing the injuries and damages sought and claimed herein.

VI.

The accident complained of was a result of negligence and/or fault attributable to the defendant, Rouses.

VII.

Alternatively and/or concurrently the accident complained of was the result if the fault of Rouses pursuant to LSA-C.C. arts. 2315 and 2317, in that they knew or should have known of the dangerous condition of the baler, yet failed to repair or replace it, and failed to warn others, including complainant, of its danger.

VIII.

As a consequence of the negligence and/or fault of the defendant, complainant, Alan Dampier, has been caused to sustain severe and debilitating injuries entitling him to damages for past, present and future medical expenses; past, present and future pain and suffering; past,

present and future mental anguish; past and future loss of wages and/or loss of earning capacity; disability; disfigurement; loss of physical function; loss of ability to enjoy life; loss of ability to pursue happiness; inconvenience; embarrassment; among other damages in a full and true sum of ONE MILLION FIVE HUNDRED THOUSAND AND NO/100 ($1,500,000.00) DOLLARS.

IX.

Complainant is entitled to and prays for trial by jury.

**WHEREFORE**, complainant prays that the defendant, Rouses Enterprises, LLC, be duly cited to appear and answer this complaint, and after due proceedings had, that there be judgment in favor of Complainant, Alan Dampier, and against defendant, Rouses Enterprises, LLC in the amount of ONE MILLION FIVE HUNDRED THOUSAND AND NO/100 ($1,500,000.00) DOLLARS, in actual damages, together with legal interest thereon from date of judicial demand, and for all costs of these proceedings and for all general and equitable relief required herein.

Respectfully submitted:

SHEARMAN-DENENEA, L.L.C.

BY: _____
JOHN H. DENENEA, JR. (#18861)
BRIAN G. SHEARMAN (#19151)
4240 Canal Street
New Orleans, LA 70119
Telephone: (504) 304-4582
Fax: (504) 304-4587
*Attorneys for Complainant,*
*Alan Dampier*

**PLEASE SERVE:**

**ROUSES ENTERPRISES, LLC**
Through its agent for service of process:
THOMAS B. ROUSE
1301 ST. MARY ST.
THIBODAUX, LA 70301