# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALAN DAMPIER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-3062** |
| **ROUSES ENTERPRISES, LLC** | **SECTION: "G"(4)** |

### ORDER

The Court having been advised that all of the parties to this action have firmly agreed upon a compromise,[1]

**IT IS ORDERED** that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated.  The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

Counsel are reminded that, if witnesses have been subpoenaed, <u>every witness</u> must be notified by counsel not to appear.

**NEW ORLEANS, LOUISIANA**, this  15th  day of November, 2013.

_Nannette Jolivette Brown_
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

---

[1] *See* Rec. Doc. 96.